

# Kinecta Federal Credit Union

## Check Image Viewer

```
David Pattillo                                              7490
Claudia Russell                                         90-7837/3222
28252 Camino La Ronda
San Juan Capistrano, CA 92675            12-28-2020
949.481.1496                                Date

Pay to the
Order of  Shaun Etchegoyen              | $ 14,416.00

Fourteen thousand four hundred sixteen  Dollars

Kinecta Federal Credit Union
1440 Rosecrans Ave.
Manhattan Beach, CA 90266

For _____          Claudia S. Russell

                                         7490
```

12/28/2020 3:24 PM
1499
9034



# Kinecta Federal Credit Union

**Check Image Viewer**





# Kinecta Federal Credit Union

## Check Image Viewer





# Kinecta Federal Credit Union

**Check Image Viewer**





# Kinecta Federal Credit Union

## Check Image Viewer

DAVID PATTILLO
CLAUDIA RUSSELL
26401 DAPPLE GREY DRIVE
LAGUNA HILLS, CA 92653

Spoke w/mbr 7/22/21
80-7807/3222
7609

DATE: 7-20-2021

PAY TO THE ORDER OF: Shaun Etchegoyen    $3,000.00

Three thousand + no/100 DOLLARS

KINECTA FEDERAL CREDIT UNION
(800) 854-9846
WWW.KINECTA.ORG

MEMO: GC draw    Claudia J. Russell

*7609

7/22/2021 11:29 AM
3112
9060

Shaun Etchegoyen

1/1



# Kinecta Federal Credit Union

## Check Image Viewer

Check #7610

DAVID PATTILLO
CLAUDIA RUSSELL
26401 DAPPLE GREY DRIVE
LAGUNA HILLS, CA 92653

Spoke w/ mbr 7/22/21

DATE 7-20-2021

PAY TO THE ORDER OF: Shaun Etchegoyen    $3,600.00

Three thousand six hundred + no/100 DOLLARS

KINECTA FEDERAL CREDIT UNION
(800) 854-9846
WWW.KINECTA.ORG

MEMO: plumbing draw

Claudia S Russell

#7610

7/22/2021 11:29 AM
3112
9060



# Kinecta Federal Credit Union

## Check Image Viewer

DAVID PATTILLO
CLAUDIA RUSSELL
26401 DAPPLE GREY DRIVE
LAGUNA HILLS, CA 92653

7613
DATE 8-10-21

PAY TO THE ORDER OF: Shaun Etchegoyen    $ 3,000.00

Three thousand & no/100 DOLLARS

KINECTA FEDERAL CREDIT UNION
(800) 854-9846
WWW.KINECTA.ORG

MEMO: GC draw

Claudia J. Russell

"7613"

Seq: 125
Batch: 046903
Date: 08/16/21

Seq:00125 08/15/21
BAT:046903 CC:3188882431
WT:B1 LTPS:Jacksonville PT
BC:Eastbluff BC CAS-202

Endorsement Guaranteed
Bank of America, N.A.

1/1






# Kinecta Federal Credit Union

## Check Image Viewer





# Kinecta Federal Credit Union

## Check Image Viewer

DAVID PATTILLO
CLAUDIA RUSSELL
26401 DAPPLE GREY DRIVE
LAGUNA HILLS, CA 92653

90-7807/3222        7623

DATE 9-19-21

PAY TO THE ORDER OF  Shaun Etchegoyen    $3,000.00

Three thousand & no/100    DOLLARS

KINECTA FEDERAL CREDIT UNION
(800) 854-9846
WWW.KINECTA.ORG

Claudia S. Russell

MEMO _____

*7623

9/21/2021 4:06 PM
1169
9060

CA DL B4747537  Exp. 4/4/25

# kinecta
banking done different

# Kinecta Federal Credit Union

## Check Image Viewer

DAVID PATTILLO
CLAUDIA RUSSELL
26401 DAPPLE GREY DRIVE
LAGUNA HILLS, CA 92653

7626

DATE 10-1-21

PAY TO THE ORDER OF: Shaun Etchegoyen    $2,000.00

Two thousand & no/100    DOLLARS

KINECTA FEDERAL CREDIT UNION
(800) 854-9848
WWW.KINECTA.ORG

MEMO: CC draw

Claudia S. Russell

7626

Seq: 85
Batch: 813935
Date: 10/01/21



## Kinecta Federal Credit Union

### Check Image Viewer

```
DAVID PATTILLO                                    7627
CLAUDIA RUSSELL
26401 DAPPLE GREY DRIVE
LAGUNA HILLS, CA 92653          DATE 10-1-21

PAY TO THE
ORDER OF  Shaun Etchegoyen           $3,374.00
Three thousand, three hundred seventy four 00/xx

KINECTA FEDERAL CREDIT UNION
(800) 854-9846
WWW.KINECTA.ORG
                                 Claudia S. Russell
MEMO  wood
                                          7627
```

Seq: 84
Batch: 813935
Date: 10/01/21